

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



UNITED STATES OF AMERICA,

v.

Case No. 23-20037

HON. PAUL D. BORMAN

HASSAN YEHIA CHOKR,

   Defendant.

---

### DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

---

I, HASSAN YEHIA CHOKR, Defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

**As to Count One**

**Felon in Possession of a Firearm**
**18 U.S.C. § 922(g)(1)**

Fifteen years imprisonment and a $250,000 fine

1

### As to Count Two

**False Statement During the Attempted Acquisition of a Firearm**
**18 U.S.C. § 922(a)(6)**

Ten years imprisonment and a $25,000 fine

I also understand that the court may impose consecutive sentences if I am convicted of more than one count.

_____
HASSAN YEHIA CHOKR
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for Defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
NABIH H. AYAD
Counsel for Defendant

Dated:  January 31, 2023